Filed
Clerk of Court
United States District Court
By jamesburrell
On: August 4, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO: 1:26-cr-055** |
| | ) | |
| **v.** | ) | **18 U.S.C. § 1347(a)(1)** |
| | ) | **Health Care Fraud** |
| **PERRY PATALANO** | ) | |
| | ) | **18 U.S.C. § 641** |
| | ) | **Theft of Government Money,** |
| | ) | **Property, or Records** |
| | ) | |
| | ) | **18 U.S.C. § 1028A(a)(1)** |
| | ) | **Aggravated Identity Theft** |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Health Care Fraud*
18 U.S.C. § 1347(a)(1)

Beginning on or about July 31, 1997, and continuing until on or about June 6, 2024, in Richmond County, in the Southern District of Georgia, and elsewhere, the Defendant,

**PERRY PATALANO,**

knowingly and with intent to defraud, executed a scheme and artifice to defraud a health care benefit program that affected commerce and was administered by the United States Department of Veterans Affairs, Veteran's Health Administration ("VHA"), in connection with the delivery of and payment for health care benefits, items, and services; in that, by falsely claiming to be a veteran of the United States

military, PERRY PATALANO caused the VHA to pay and become responsible to pay for medical services he received in Georgia.

All in violation of Title 18, United States Code, Section 1347(a)(1).

**COUNT TWO**
*Theft of Government Money, Property, or Records*
18 U.S.C. § 641

On or about June 6, 2024, in Richmond County, in the Southern District of Georgia, the Defendant,

**PERRY PATALANO,**

did knowingly and willfully embezzle, steal, purloin, and convert to Defendant's use, money and a thing of value of the United States and the Department of Veterans Affairs, a department and agency of the United States, that is, more than $1,000 in Veterans Affairs health care benefits, with intent to deprive the United States and the Department of Veterans Affairs of the use and benefit of the money and thing of value.

All in violation of Title 18, United States Code, Section 641.

## COUNT THREE

*Aggravated Identity Theft*
18 U.S.C. § 1028A(a)(1)

On or about June 6, 2024, in Richmond County, in the Southern District of Georgia, the Defendant,

**PERRY PATALANO,**

did knowingly possess and use, without lawful authority, the means of identification of another person, to-wit: the name of Frank Patalano, Jr., knowing that the means of identification was that of another person, during and in relation to the crime of Health Care Fraud as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Matthew A. Breedon
Assistant United States Attorney
*Lead Counsel

FOR: Patricia G. Rhodes Marcela C. Mateo, Deputy Chief
Assistant United States Attorney
Chief, Criminal Division